UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRISON BLEVINES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SHELTON SCHOOL DISTRICT, et al.,<br><br>Defendants. | NO.  3:12-cv-05451 RBL<br><br>ORDER GRANTING SHELTON SCHOOL DISTRICT'S 12(b)(5) and 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT |

THIS MATTER having come on regularly before the undersigned Judge of the above entitled Court based on Defendant Shelton School District's 12(b)(5) and 12(b)(6) Motion to Dismiss Plaintiff's Complaint , the Court having reviewed the files and records herein, including the following:

1.  Defendant Shelton School District's 12(b)5 and 12(b)(6) Motion to Dismiss Plaintiff's Complaint;

2.  No opposition filed.

Order Granting SSD's
Motion to Dismiss- 1
3:12-CV-05451RBL

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

1   It is hereby ordered that Defendant Shelton School District's Motion to Dismiss
2   Pursuant to Rules 12(b)(5) and 12(b)(6) is hereby granted and the case is hereby
3   dismissed in its entirety.

DATED this 20th day of December, 2012.

_____
Ronald B. Leighton
United States District Judge

Presented by:

TIERNEY & BLAKNEY, P.C.


By:  /s/Diana V. Blakney_____
    Diana Blakney, WSBA #17629
    Attorneys for Defendant
    2955 80th Ave S.E., Suite 102
    Mercer Island, WA  98040
    Telephone: 206-232-3074
    Facsimile:  206-232-3076
    Email: blakney@tierneylaw.com

Order Granting SSD's
Motion to Dismiss- 2
3:12-CV-05451RBL

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)